JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

INGRID P.,

     Plaintiff,

v.

MARTIN O'MALLEY,

Commissioner of Social Security,

     Defendant.

Case No. 2:24-cv-02586-KES

**JUDGMENT**

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the Commissioner's decision is affirmed.

DATED: September 30, 2024

_Karen E. Scott_
_____
KAREN E. SCOTT
United States Magistrate Judge

1